## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROLAND MOYER,                         :
                                      :
            Plaintiff,                :
                                      :
    v.                                :        3:17-CV-2088
                                      :        (JUDGE MARIANI)
WELLS FARGO, WELLS FARGO              :
ADVISORS, and GEORGE VENIZELOS,       :
                                      :
            Defendants.               :

## ORDER

AND NOW, THIS __12th__ DAY OF OCTOBER, 2018, upon consideration of

Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 19) for clear error or

manifest injustice, **IT IS HEREBY ORDERED THAT:**

1.  The R&R (Doc. 19) is **ADOPTED** for the reasons set forth therein.

2.  Defendants' Motion to Compel Arbitration and to Stay Proceedings (Doc. 8) is **GRANTED**.

3.  The parties are hereby directed to arbitrate their claims in accordance with the terms

    of their arbitration agreement.

4.  The above-captioned action is **STAYED** pending the outcome of arbitration.

5.  The parties shall file a joint letter on or before **January 7, 2019**, updating the Court on

    the status of the arbitration proceedings and shall do so every **90 days** thereafter until

    the arbitration has been completed or the action otherwise resolved.

Robert D. Mariani
United States District Judge